# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:15-cv-420-FDW
### (3:09-cr-39-FDW-5)

| | |
|---|---|
| **MICHAEL GREENE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

UPON MOTION of Petitioner (Doc. No. 12) for an enlargement of time within which to file a Reply to the Government's Response to Petitioner's Motion under 28 U.S.C. § 2255, and for good cause shown,

IT IS HEREBY ORDERED that Petitioner shall have up to and including March 11, 2016, to file a Reply.

Signed: February 1, 2016

Frank D. Whitney
Chief United States District Judge